## DOUGLASS *v.* DOUGLASS.

A commissioner, residing in this State, appointed to take testimony in a libel for a divorce, has no power, by virtue of the appointment, to take a deposition and administer the oath in Massachusetts, unless he is a magistrate of that State.

LIBEL for a divorce. A commissioner, residing in this county, was appointed to take testimony generally, in the usual and common form. He went to Lowell, Massachusetts, and took the deposition of a witness, and administered the oath to him there. It did not appear that the commissioner was a magistrate of Massachusetts.

*Lull*, for the libellant.

EASTMAN, J. The court have repeatedly held that a commissioner has no power, by virtue of the appointment, to take testimony and administer oaths in a jurisdiction in which he does not reside, unless he is a magistrate of such jurisdiction.

We are not aware, however, that we have any reported case to that effect, and the error here is one of not unfrequent occurrence.

The testimony of the witness must be re-taken, before it can be competent.